UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2003 (PAM/JGL)

BANK OF AMERICA N.A.,

Plaintiff,

v.

**PRETRIAL ORDER**

TCF NATIONAL BANK MINNESOTA,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is three to five days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to October 1, 2002;

3. Plaintiff shall disclose all expert witnesses, including reports, by April 1, 2003; Defendant shall disclose all expert witnesses, including reports, by May 1, 2003; All rebuttal expert witnesses shall be disclosed by June 1, 2003;

4. The period during which the parties may seek discovery shall be completed by June 1, 2003;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to June 1, 2003;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to July 1, 2003; service of initial papers shall be made by June 16, 2003; service of responsive papers shall be made by July 7, 2003; service of any reply shall be made by July 14, 2003;

MAR 2 6 2002
Filed____________
Richard D. Sletten, Clerk
Judgment Entd.____________
Deputy Clerk____________

7. This case will be considered "ready for trial" as of September 1, 2003.

DATED: March 26, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge